# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:  REASSIGNMENT OF JUDGE OF : No. 359 Common Pleas Judicial
THE COURT OF COMMON PLEAS OF : Classification Docket
THE FIFTH JUDICIAL DISTRICT OF :
PENNSYLVANIA :
:

## O R D E R

**PER CURIAM:**

AND NOW, this 28th day of August, 2019, upon consideration of the Petition of Kim Berkeley Clark, President Judge of the Court of Common Pleas of the Fifth Judicial District of Pennsylvania, for the reassignment of a Judge to a division of the court, it is hereby ORDERED that the Petition is granted and the following reassignment is approved:

Family Division to Criminal Division

The Honorable Susan Evashavik DiLucente